# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **RENALDA PHARR**  Plaintiff,  vs.  **GC SERVICES LIMITED PARTNERSHIP**  Defendant, | **Civil Action No. 4:12-cv-1655** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii) Plaintiff, RENALDA PHARR ("Plaintiff") and Defendant GC SERVICES LIMITED PARTNERSHIP ("Defendant") file this Stipulation of Dismissal with prejudice, and respectfully request the Court to order the following:

1. RENALDA PHARR is the only Plaintiff.

2. GC SERVICES LIMITED PARTNERSHIP is the only Defendant.

3. The Plaintiff no longer wishes to pursue this matter; therefore, the Plaintiff moves to dismiss all claims asserted against Defendant with prejudice. Defendant, who has answered, agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

6. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

7. Plaintiff, RENALDA PHARR, and Defendant, GC SERVICES LIMITED PARTNERSHIP, respectfully request the Court to dismiss, with prejudice, all claims asserted against Defendant GC SERVICES LIMITED PARTNERSHIP in the above-captioned proceeding, pursuant to Fed. R. Civ. P. 41 (a)(1)(ii).

DATED: June 6, 2013.

Respectfully submitted,

By/s/ *Kim Lucas*
Kim A. Lucas
State Bar No. 14991480
KYLE MATHIS & LUCAS LLP
8226 Douglas Avenue, Suite 450
Dallas, Texas 75225
(214) 706-7600
(214) 706-7622 (Fax)
ATTORNEY FOR PLAINTIFF
 RENALDA PHARR

By/s/*Kandy E. Messenger*
Kandy E. Messenger
State Bar No.24053360
Federal ID No. 638777
SPROTT RIGBY NEWSOME
ROBBINS & LUNCEFORD PC
2211 Norfolk, Suite 1150
Houston, Texas 77098
(713) 523-8338
(713) 523-9422 (Fax)
ATTORNEY FOR PLAINTIFF
GC SERVICES LIMITED
PARTNERSHIP

## **CERTIFICATE OF SERVICE**

On the 6th day of June, 2013, I filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Southern District of Texas, Houston Division via ECF System. Counsel for Defendant approved the filing and was served also by the ECF System.

***VIA ECF (messenger@sprottrigby.com)***
Kandy E. Messenger
2211 Norfolk, Suite 1150
Houston, Texas 77098

/s/ *Kim Lucas*
Kim A. Lucas