UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RENALDA PHARR, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:12-CV-1655 |
| GC SERVICES LIMITED PARTNERSHIP, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal with Prejudice filed on June 6, 2013 (docket entry no. 12), this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

SIGNED on this _____ day of June, 2013, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE